# AFFIDAVIT

I, Michael Wells, being duly sworn, state under oath the following:

1. I am a Detective with the Kansas City, Missouri Police Department (KCMOPD) and have been employed by KCMOPD for 22 years. I have been assigned to the KCMOPD Drug Trafficking Squad (DTS) for approximately six years, conducting investigations of illegal firearms possession and drug law violations within the city of Kansas City, Missouri, which is located within the Western District of Missouri.

2. This Affidavit contains information necessary to support a finding of probable cause. It is not intended to include every fact or matter observed by me or known by law enforcement. The information provided is based on my personal knowledge and observation during the course of this investigation, information conveyed by other law enforcement officials or others, and my review of records, documents, and other evidence obtained during the investigation.

3. On July 9, 2022, the Platte County Sheriff office investigated an overdose death. The victim was believed to have suffered an accidental overdose on fentanyl. During the course of the investigation, it was learned that the victim had been purchasing blue "m30" pills, containing fentanyl, from Johnson Akot MANGOL, (BM, DOB: 01/01/1996).

4. In October of 2022, I began trying to locate MANGOL so I could investigate his possible distribution of fentanyl. I confirmed he resided at 4801 Independence Avenue, Apartment 2E, Kansas City, Missouri. His girlfriend, Haley Nicole HOUSE, also resided at the apartment as well as their two young children.

5. On January 10, 2023, members of my unit conducted surveillance in the area of MANGOL's apartment. We observed MANGOL exit the rear door of the apartment building and meet with the occupants of three different cars in a short time span. During each encounter, the meet took place on Sixth street, the block just south of MANGOL's apartment building. The vehicle drivers parked at the curb on Sixth street. MANGOL walked to the vehicles and entered the front passenger seat of each vehicle. He remained in each vehicle for less than five minutes before exiting. The drivers of the vehicles left the area and MANGOL returned to his apartment. The activity observed was consistent with hand-to-hand drug transactions.

6. Detectives followed one of the suspected customers away and had uniformed offices stop him to investigate. The driver was in possession of a small "user amount" of fentanyl.

7. On January 19, 2023, a Jackson County search warrant was obtained for MANGOL's apartment, 4801 Independence Avenue, Apartment 2E, Kansas City, Missouri.

8. On January 26, 2023, Drug Trafficking Squad detectives, along with members of the KCMOPD Tactical Response Team, initiated surveillance at 4801 Independence Avenue, Kansas City, Missouri. At 0950 hours, MANGOL and House exited the apartment building together. MANGOL and House walked to a Lyft driver's vehicle in the parking lot. Tactical officers moved into the area and detained MANGOL and House.

9. MANGOL and House were placed under arrest for the narcotics trafficking investigation. MANGOL was in possession of $782.00 at the time of his arrest.

10. Tactical Response Team members obtained a key from MANGOL for his apartment. They conducted a knock-and-announce search warrant execution. They entered and secured the apartment before turning it over to Drug Trafficking Squad detectives to process it. During the execution of the search warrant, the following items of evidence were located:

- The northeast bedroom appeared to be where MANGOL and House slept. It had numerous documents in the room bearing their information.

- In that same bedroom, 17 blue "M30" pills were recovered from the top of the dresser. The pills tested positive for fentanyl. A draw string bag was hanging near the dresser that contained over 100 unused plastic baggies. The baggies were consistent with packaging the pills for distribution.

- Hanging on a hook on the back of the bedroom door was a bag that contained a Ruger, Model SR9, 9mm caliber pistol with Serial Number 33524231. It was loaded with 15 rounds of "Blazer 9mm Luger" ammo in the magazine.

- In the hallway, a pistol was located in between two boxes. The gun was a Springfield Armory, Model EP9, 9mm caliber pistol with Serial Number MG426887. It was loaded with 15 rounds of "Hornady 9mm Luger" ammo in the magazine.

- Inside of the hallway closet, a bag of "M30" pills was located. The bag was hidden on the ledge of a vent above the closet door. There were approximately 320 pills, weighing 32.46 grams – a distribution amount. The pills tested positive for fentanyl.

- A bedroom, adjacent to MANGOL and House's bedroom, appeared to be used for storage. In that room was a plastic bag that contained three pistol magazines and multiple boxes of ammo. One pistol magazine was empty. One contained 13 rounds of "Winchester 45 Auto" ammo. One magazine contained 12 rounds of "Blazer 9mm Luger."

11. Johnson A. MANGOL was interviewed in regard to the investigation. He waived his *Miranda* rights and admitted to possession of the firearms as well as some of the fentanyl pills. MANGOL told me a friend needed a loan so he gave the friend money in exchange for the Ruger 9mm pistol located in his bedroom. He admitted he knew he was a convicted felon. MANGOL told me his DNA would also be on the Springfield Armory 9mm pistol located in between two boxes in his hallway. He claimed it was his brother's gun and his brother got drunk and left it at his house. MANGOL stated he put the gun up until his brother could get it back. Although MANGOL claimed the Springfield Armory had only been in his apartment for a couple of days, Haley HOUSE had a photo of a white female hand, holding the same pistol, on her phone dated February 18, 2022. MANGOL admitted the 17 fentanyl pills located in his bedroom belonged to him. He admitted to fentanyl use but denied selling fentanyl. He denied knowledge of the fentanyl pills located in the hallway closet.

12. Haley House was interviewed in regard to the investigation. She waived her *Miranda* rights and admitted to possession of the fentanyl pills in the bedroom. She admitted she was a fentanyl addict and admitted she occasionally sold fentanyl pills. She admitted her DNA was likely going to be on both pistols because she had handled them. She stated MANGOL had the Ruger pistol in the bag on their bedroom door. She stated MANGOL showed her the Springfield pistol a few months prior to their arrest. She denied knowledge of the pills located in the hallway closet. She consented to a search of her cellphone. Her cellphone had text messages that indicated her and MANGOL were actively selling and using fentanyl.

13. Johnson A. MANGOL has the following felony convictions:

    - 02/01/2018 – Property Damage; Clay County, MO Circuit Court; Case No. 16CY-CR03132-01; Disposition: SIS 5 (revoked to 4MDC).

    - 02/01/2018 – Tampering 1st Degree; Clay County, MO Circuit Court; Case No. 17CY-CR01126-01; Disposition: SIS 5 (revoked to 4MDC).

14. MANGOL still has an active felony warrant in Moberly County, Missouri, under Case No. 2216-CR04971 where he is charged with two counts of Possession of a Controlled Substance.

15. ATF Special Agent Millier inspected the two firearms recovered from MANGOL and House's apartment. He advised that neither firearm was manufactured in the state of Missouri.

***Further, your Affiant sayeth not.***

MICHAEL WELLS
Detective
Kansas City, Missouri Police Department
Drug Trafficking Squad

Telephonically or otherwise subscribed to and sworn to before me this 9th day of February 2024.

At 3:33 pm

HONORABLE W. BRIAN GADDY
United States Magistrate Judge
Western District of Missouri