Case#:24-00087-01/02-CR-W-SRB

Honorable District Judge Bough:                                          5-30-24

I am writing you this correspondence regarding my incompetent and ineffective counsel Marc Ermine. Today I spoke and met with counsel and his investigator. Today I was informed that he would not be providing me specific requested documents from my discovery. I have been in custody since Feb 2024 and have yet to review any portion of my discovery independently and was further advised I was taking up most of his time and despite that, I requested the Grand Jury Transcripts, affidavits that were accompanied with search warrants involving my arrest, residential search, and cellular phone search.

It alarms me that my lawyer has informed me that he will not be filing any pretrial motions and is abandoning my motion to suppress the faulty search warrants which is major and ties this case together. With no controlled buys, texts messages prior to the search warrants being issued, and no evidence to suggest wrong doing, the case was based off a hunch that formed in the mind of a DEA agent, further more that was the foundation of these search warrants, no predictive behavior, no controlled buys, NO witnesses that were confronted by agents suggested that they obtained illegal narcotics from me, but based on the agents suspicion and no corroborating evidence a warrant was issued. The grand jury was fed information that was not factual and my lawyer has refused to defend me with these pre-trial motions as well as informed me that we will lose at trial. A lawyers failure to file pretrial motions to suppress speaks volumes, and without a doubt in most cases where a lawyer fails to file pre-trial motions, the client loses and has no appeal issues outside of ineffective assistance of counsel allegations. This has created a huge conflict of interest, where trust does not exist between Mr. Ermine and I. Aside from this correspondence I have also filed an ethical complaint

against this lawyer for reasons that the Bar association will address, but under Mo. Rules of Professional conduct Rule 1.7 Conflict of interest, serious allegations are being brought against mr. Carmine and I am requesting new counsel be appointed immediately.

Respectfully Submitted,

*Johnson A. Mongol*

Johnson A. Mongol
5-20-24