Johnson Mongo #01241-511
FCI Leavenworth
PO Box 1000
Leavenworth, KS 66048

RECEIVED
2024 JUL 12 PM 12: 53
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

KANSAS CITY 640
9 JUL 2024 PM 2 L

SCREENED BY U.S. MARSHALS

Judge Gaddy/ Clerks Office
United State District Court
Western District of Missouri
Kansas City, MO 64106

24-cr-37-SRB
-1
2