# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHNSON A. MANGOL, )<br>)<br>Defendant. ) | Case No. 24-00037-01-CR-W-SRB |

## ORDER

Pending is Defendant Johnson A. Mangol's second motion requesting appointment of new counsel. Doc. 40. On July 31, 2024, the Court held a hearing on the motion. Doc. 42. Based upon its review of the record and the discussion during the attorney appointment hearing, the Court finds defense counsel has taken and is taking appropriate steps to represent Defendant. Defense counsel has acted in a manner that a competent attorney would, and his assistance has well-surpassed what is required for the provision of effective assistance of counsel. Accordingly, the Court finds Defendant's latest allegations regarding his counsel do not satisfy the justifiable dissatisfaction standard set forth by the Eighth Circuit Court of Appeals. Therefore, the Court **DENIES** Defendant's request for new counsel.

Nevertheless, the Court finds the state of the relationship between Defendant and his counsel is such that substitution of counsel is in the overall interest of justice, and Defendant would benefit from new counsel. Therefore, the Court, on its own motion, **ORDERS** the Federal Public Defender and each member of her attorney staff are hereby relieved as appointed counsel for Defendant at all future proceedings.

Furthermore, the Court **ORDERS** that Laura E. O'Sullivan, 8427 Clint Dr., Belton, Missouri 64012; (816) 322-8008, be, and is hereby, appointed to represent Defendant as CJA counsel in all proceedings hereafter unless and until relieved by order of this Court.

**IT IS SO ORDERED.**

DATE: July 31, 2024

*/s/ W. Brian Gaddy*
W. BRIAN GADDY
UNITED STATES MAGISTRATE JUDGE