# IN THE 16TH JUDICIAL CIRCUIT, JACKSON COUNTY, MISSOURI

| Judge or Division: 29 | Case Number: KC23002048 |
|---|---|
| Name and Title of Person Making Application: Detective Michael Wells #4860 | |

FILED DIVISION 29
19-Jan-2023 15:27
CIRCUIT COURT OF JACKSON COUNTY, MO
BY _____ DCA
(Date File Stamp)

## Application for Search Warrant

I am a ☒ peace officer ☐ prosecuting attorney.

I am submitting this application by ☐ hard-copy ☐ facsimile ☒ other electronic means: email

Being duly sworn and pursuant to Section 542.276 RSMo, I state upon information and belief the following:

Describe facts and/or attach affidavit showing probable cause.
On 01/10/2023, detectives with the Missouri Western Interdiction and Narcotics (MOWIN) Task Force were conducting surveillance in the area of 4801 Independence Avenue, Kansas City, Jackson County, MO. Johnson A MANGOL, black male, ▓▓▓▓▓, was reportedly selling fentanyl from his apartment. MANGOL had a listed address of 4801 Independence Avenue, apartment 2E, Kansas City, MO. The address was listed for MANGOL with the MO Department of Revenue, as well as numerous police reports.

At approximately 1145 hours, MANGOL was observed exiting the door that lead to his apartment. He walked south through the rear parking lot, across the alley and through a vacant residential lot to 6th Street. Once on 6th Street he entered the front passenger door of a small grey sedan occupied by a white female driver. Both MANGOL and the white female remained in the car, parked at the curb, for approximately 5 minutes.

A grey Honda Civic, with KS license ▓▓▓▓▓F arrived on 6th Street and parked behind the vehicle MANGOL was in. MANGOL exited the car he was in and acknowledged the driver of the Civic with a hand gesture. He then walked back through the vacant lot and alley to his apartment. He entered the common door leading to his apartment.

The driver of the Civic drove around the block and pulled into the rear parking lot of MANGOL's apartment. MANGOL stayed inside of his apartment for approximately five minutes. When he returned outside he motioned for the Honda driver to drive back over to 6th Street. MANGOL walked back through the alley and vacant lot to get to 6th Street. Once on 6th Street, he made contact with the unknown occupant of a black Audi that had also arrived and parked at the curb. The Audi had dark tinted windows and an AZ license of ▓▓▓▓▓. MANGOL entered the front passenger seat of the Audi. He was only inside for approximately thirty seconds before exiting. The driver of the Audi left the area. MANGOL then got into the front passenger seat of the Honda Civic. He was inside of the Honda for no more than one minute before he exited. The Honda driver drove away eastbound. MANGOL then entered the front passenger seat of the small grey car he had originally been in.

It appeared MANGOL was conducting hand-to-hand drug transactions. MANGOL was not conducting any of the meetings at his apartment or in the lot. He was having people meet him on 6th Street, which was consistent with trying to prevent people in his apartment building from seeing the illegal activity he was engaged in. Detectives had uniformed officers move into the area and stop the driver of the Honda to investigate the suspicious narcotic activity.

Officers were able to locate and stop the Honda Civic near Independence Avenue and Denver, Kansas City, Jackson County, MO. The driver, and sole occupant of the Honda, was identified as ▓▓▓▓▓ ▓▓▓▓▓E. While the officers were speaking with ▓▓▓▓▓ they observed plain view narcotics contraband protruding from the right pocket of his sweatpants. The officers removed the contraband from his pocket and discovered a substance that appeared to be a crushed white pill, wrapped in aluminum foil. This was consistent with fentanyl, which is what MANGOL was suspected of selling.

The substance, weighing approximately 2 grams, was tested with a mass spectrometer. It was confirmed to contain fentanyl.

Members of the MOWIN Task Force conducted surveillance at 4801 Independece Avenue on numerous occasions in December of 2022 and January of 2023. Based on my experience, including twelve years investigating drug crimes, MANGOL was observed engaging in a pattern of drug trafficking from his apartment. His pattern was to have people

EXHIBIT A

MANG_00000254

meet him on 6th Street. Once the customer arrived, and parked on 6th Street, MANGOL would exit his apartment with the drugs. He walked through an alleyway and contacted the customer on 6th Street. He usually entered the front passenger seat of the customer's vehicle and exited a brief moment later. The customer would drive away from the area and MANGOL would return to his apartment. This pattern was observed most recently on the afternnon of 01/17/2023. MANGOL met with a white female in a small grey sedan, parked on 6th Street. The meeting was only a few minutes long and was consistent with a hand-to-hand drug transaction. Once the contact was complete, MANGOL immediately returned to his apartment. Based on my observations and my experience, I believe MANGOL has fentanyl pills as well as US currency from trafficking fentanyl in his apartment at 4801 Independence Avenue, Kansas City, Jackson County, MO.

Johnson MANGOL is currently on probation in the State of MO for tampering with a motor vehicle and damaging jail property. He is out on bond in Jackson County for two counts of possession of a controlled substance. He was arrested on 07/09/2020, in possession of 143 alprazolam pills and 3 capsules of MDMA.

MANGOL's apartment is on the second floor of 4801 Independence Avenue. The bottom floor is encompassed by a cellphone store and a smoke shop business. There are two apartments located on the second floor. On the rear, south facing side, of the building are three exterior doors at ground level. The western most door is the door that leads to the second floor apartments. Kansas City MO Police Officers have been inside of MANGOL's apartment on numerous occasions over the last few months. Watching the officers' body camera footage from those calls I was able to see clearly how to get to MANGOL's apartment from the rear common entry door. Once you enter the western most door you have to turn right and go up a flight of stairs. At the top of the stairs is a small common area containing a washer and dryer. There is a south facing door and an east facing door within the common area. The south facing door is the door to MANGOL's apartment. There are no visible numbers on the two apartment doors.

Affidavit(s) attached   ☐ Yes   ☒ No

Describe in detail the person, place, or thing to be searched.
An apartment inside of 4801 Independence Avenue, Kansas City, Jackson County, MO. It is a two story brick structure with businesses on the first floor and apartments on the second floor. Access to the apartment to be searched is gained by responding to the rear, south side of the building, entering the western most south facing door, ascending the stairwell to the second floor, immediately turn left at the top of the stairwell and enter the south facing door.

Property to be seized. [Describe in detail the property, article, material, substance, or person to be searched for and seized.]
Fentanyl, a schedule II controlled substance
Drug paraphernalia and packaging
Proof of occupancy
US currency is close proximity of illegal narcotics

Based on this information, I request that the court issue a Search Warrant as provided by law.

/s/Det Michael Wells #4860
Applicant

Subscribed and sworn to before me on this

1/19/2023
Date

(Seal)

_Jonetta Hodge_
Person Authorized to Administer Oaths

19-Jan-2023  3:36 pm   ☐ AM ☐ PM
Date and Time of Application

/s/Kristiane Bryant #69524
Prosecuting Attorney

Jackson County, MO

MANG_00000255

 IN THE 16TH JUDICIAL CIRCUIT, JACKSON COUNTY, MISSOURI

| Judge or Division: 29 | Case Number: KC23002048 |

Name and Title of Person Making Application:
Detective Michael Wells #4860

**FILED DIVISION 29**
19-Jan-2023 15:37
CIRCUIT COURT OF JACKSON COUNTY, MO
BY _Janetta Aoder_ DCA
(Date File Stamp)

## Search Warrant

**State of Missouri to any Peace Officer in Missouri:**

Based on information provided in a verified application/affidavit, the court finds probable cause to issue a search warrant as authorized by section 542.271, RSMo.

Therefore, you are commanded to search the following person, place or thing: [Describe with specificity the person, place or thing to be searched that is supported by probable cause in the verified application/affidavit and authorized by section 542.271, RSMo.]

An apartment inside of 4801 Independence Avenue, Kansas City, Jackson County, MO. It is a two story brick structure with businesses on the first floor and apartments on the second floor. Access to the apartment to be searched is gained by responding to the rear, south side of the building, entering the western most south facing door, ascending the stairwell to the second floor, immediately turn left at the top of the stairwell and enter the south facing door.

You are commanded to search for and seize, or photograph, copy or record the following property, article, material, substance or person: [Describe with specificity the item(s) that is/are supported by probable cause in the verified application/affidavit and authorized by section 542.271, RSMo.]

- Fentanyl, a schedule II controlled substance
- Drug paraphernalia and packaging
- Proof of occupancy
- US currency is close proximity of illegal narcotics

This search warrant shall be executed as soon as practicable and shall expire if not executed within 10 days after the date of the making of the application.

19-Jan-2023 3:37 pm
Date and Time

_Janetta Aoder_
Judge

This warrant is issued by: ☐ hard-copy  ☐ facsimile  ☒ other electronic means: email.

**Directions to Officer:** Make a complete and accurate written inventory of any property seized pursuant to this warrant. When possible, complete the inventory in the presence of the person from whose possession this property is taken, and give a receipt for the property, as well as a copy of this warrant to that person. If no person is found in possession of the property, leave the receipt and warrant copy in the premises searched. Immediately deliver the written inventory and the warrant return to this court. You may file with this court photographs or copies of items seized.

### Officer's Return

I certify that I am a peace officer within the State of Missouri and executed the above search warrant as follows:

Date and manner of execution: 01/26/2023 Tactical Team secured residence

Name of possessor (and owner if known and if not the same) of property: _____

A property receipt and a warrant copy were left ☒ with possessor  ☐ in the premises

The inventory receipt is attached to this return ☐ Yes ☒ No
Property seized (general description): Fentanyl, paraphernalia, firearms, ammunition

Attached to this return are: ☐ photograph(s)  ☐ copy/copies of items seized  ☐ inventory

01/27/2023
Date

Det Wells #4860
Signature of Officer Making Return

OSCA (03-18) CR160 (SWAR) JAK. 8/29/2022        1 of 1        542.271-542.286 RSMo

MANG_00000256