# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-00037-01-CR-W-SRB |
| ) | |
| JOHNSON A. MANGOL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge W. Brian Gaddy's Report and Recommendation (Doc. #76) to deny Defendant Johnson A. Mangol's ("Defendant") Motion to Dismiss Count Eight of the Indictment (Doc. #67). Neither party has filed a timely objection to the Report and Recommendation.

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court ADOPTS Judge Gaddy's Report and Recommendation (Doc. #76). It is ORDERED that Defendant's Motion to Dismiss Count Eight of the Indictment (Doc. #67) is DENIED. It is further ORDERED that the Report and Recommendation be attached to and made a part of this Order.

**IT IS SO ORDERED.**

Dated: April 28, 2025

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT JUDGE